UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NICOLE BROYLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00445-NONE-BAM<br><br>ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>(Doc. No. 16) |

On November 17, 2021, Jonathan O. Peña, counsel for Plaintiff Andrea Broyles, filed a motion to withdraw as counsel of record pursuant to Local Rule 182(d).  (Doc. No. 16.)  The motion to withdraw as counsel for Plaintiff SHALL BE HEARD on **Friday, January 7, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties are directed to appear at the motion hearing by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.  Counsel for Plaintiff is directed to promptly serve Plaintiff with a copy of this Order at her last known address of record and to file proof of such service with the Court.

IT IS SO ORDERED.

　　Dated:　**November 22, 2021**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1