UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NICOLE BROYLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00445-JLT-BAM<br><br>**ORDER VACATING SCHEDULING CONFERENCE DEADLINES AND SETTING STATUS CONFERENCE** |

By separate order, the Court has granted the motion of Jonathan O. Peña of the Law Office of Peña & Bromberg, PC to withdraw as attorney of record for Plaintiff Edward Gonzales ("Plaintiff").  Plaintiff has been substituted *in propria persona* in place and stead of Mr. Peña and is no longer represented by counsel.  In light of the substitution, Plaintiff will be granted a brief extension of time to secure new counsel or to otherwise determine how she would like to proceed in this action.

Accordingly, all deadlines in the Court's Scheduling Order are HEREBY VACATED.  The Court sets a TELEPHONIC STATUS CONFERENCE in this matter for **January 27, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the conference is to address whether Plaintiff has secured new counsel or intends to proceed *in propria persona*.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.

///

Plaintiff is cautioned that the failure to appear at the conference may result in the imposition of sanctions, including terminating sanctions. A copy of this Order will be served on Plaintiff at her last known address.

IT IS SO ORDERED.

Dated: **January 7, 2022**          /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE