# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NICOLE BROYLES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-0445 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY THE COURT'S ORDERS<br><br>(Doc. 27) |

Andrea Nicole Broyles initiated this action by filing a complaint for a judicial review of administrative decision denying his application for Social Security benefits. (Doc. 1.) Because Plaintiff failed to comply with orders of the Court following the withdrawal of counsel and has not taken any action to prosecute the matter, the assigned magistrate judge recommended the action be dismissed on January 27, 2022. (Doc. 27.)

The Court granted Plaintiff 14 days from the date of service to file objections to the Findings and Recommendations. (Doc. 27 at 4.) In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) However, she did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.

1

Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations dated January 27, 2022 (Doc. 27) are **ADOPTED IN FULL**.
2. Plaintiff's complaint is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated: **February 22, 2022**

UNITED STATES DISTRICT JUDGE